UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| JAMES FOXWORTHY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1803-LJM-WTL |
| | ) | |
| KARL BUETOW, individually and as a | ) | |
| member of the West Central Conservancy | ) | |
| District Board of Directors, and WEST | ) | |
| CENTRAL CONSERVANCY DISTRICT, | ) | |
| Defendants. | ) | |

### ORDER ON DEFENDANTS' MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL

This cause is before the Court on defendants', Karl Buetow and West Central Conservancy District (collectively, "Defendants"), Motion for Reconsideration or, Alternatively, to Certify Order for Interlocutory Appeal.  On June 22, 2007, this Court denied Defendant's Motion for Summary Judgment with respect to plaintiff's, James Foxworthy ("Foxworthy"), First Amendment retaliation claim.  The Court held that it could not "conclude as a matter of law that a person of ordinary firmness would not desist in his protected activity under the circumstances presented in this case." Defendants argue that the Court ignored the requirement that Foxworthy must show that he and not merely some person of ordinary firmness was deterred from exercising his First Amendment rights. Based on the law, as interpreted by this Court, the Court is not persuaded by Defendants' argument and **DENIES** Defendants' Motion for Reconsideration.

However, the Court finds that its "order involved a controlling question of law as to which there is substantial ground for difference of opinion" and that "an immediate appeal from the order

may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).  As such, the Court **GRANTS** Defendants' Motion to Certify Order for Interlocutory Appeal.

Defendants have also filed a notice of appeal as of right from the same order, issued on June 22, 2007, which denied Defendants' motion for summary judgment on grounds of qualified immunity.

This case is **STAYED** pending resolution of Defendants' appeal.

IT IS SO ORDERED this 26th day of July 2007.

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronically distributed to:

Douglas Alan Hoffman
CARSON BOXBERGER
hoffman@carsonboxberger.com

Alan M. Hux
SOMMER BARNARD ATTORNEYS, PC
ahux@sommerbarnard.com

John D. Papageorge
SOMMER BARNARD ATTORNEYS, PC
jpapageorge@sommerbarnard.com

Stephen Milo Terrell
TERRELL LAW OFFICE
terrell@hoosierlawyer.us

2